**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:04CV467**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>       **Plaintiff**<br>and<br><br>DAVID WISE,<br>       **Plaintiff-Intervenor,**<br><br>vs.<br><br>FIRESTONE FIBERS & TEXTILES COMPANY, et al.,<br>       **Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** in preliminary response to the "Joint Objection of Plaintiff and Plaintiff-Intervenor ..., Motion for Protection and Memorandum in Support Thereof" ("Motion for Protective Order") (Document No. 15), filed April 15, 2005 by the United States Equal Opportunity Employment Commission and David Wise; and the "Defendants' Response to Joint Objection ..." (Document No. 16), filed May 2, 2005 by Firestone Fibers & Textiles Company, et al. A hearing on the Motion for Protective Order shall be held in front of the undersigned on **Tuesday, October 11, 2005**. The parties will be contacted by the Court with respect to the time of such hearing.

       **IT IS SO ORDERED**.

**Signed: September 8, 2005**

---
David C. Keesler
United States Magistrate Judge