IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| and | ) ) | |
| DAVID WISE, | ) ) | CIVIL ACTION NO. 3:04-CV-00467 |
| Plaintiff-Intervenor | ) ) ) | |
| v. | ) ) | CONSENT ORDER |
| FIRESTONE FIBERS & TEXTILES COMPANY, A DIVISION OF BFS DIVERSIFIED PRODUCTS, LLC, BFS DIVERSIFIED PRODUCTS, LLC, and BRIDGESTONE AMERICAS HOLDING, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

WHEREAS, Judge Graham C. Mullen entered a Scheduling Order in this matter on January 25, 2005, setting this case for trial in March 2006 and setting out certain deadlines for submissions associated with the trial of the case under the Federal Rules of Civil Procedure and the Local Rules of this Court;

WHEREAS, in June 2005, the case was reassigned to Judge Robert J. Conrad, Jr.;

WHEREAS, the Court has informed the parties that it will be unable to try this case in March 2006;

WHEREAS, the Court has informed the parties that it will schedule a conference with the parties in the near future to discuss the future handling of this case;

.

WHEREAS, the parties have requested that the Court suspend the deadlines contained in paragraphs IV.A through IV.K of the Scheduling Order pending the rescheduling of the trial in this matter.

THEREFORE, it is ORDERED that all deadlines contained in paragraphs IV.A through IV.K of the Scheduling Order are SUSPENDED pending the rescheduling of the trial in this matter.

IT IS SO ORDERED.

Signed: February 3, 2006

Robert J. Conrad, Jr.
United States District Judge

**WE CONSENT:**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**


By: /s/ Kara Gibbon Haden
    Kara Gibbon Haden, Esq.
    *Attorney for Equal Employment*
    *Opportunity Commission*

129 West Trade Street, Suite 400
Charlotte, NC 28202
Phone: 704.344.6885
Fax:    704.344.6780
*kara.haden@eeoc.gov*

**WE CONSENT:**

**DAVID WISE**


By:   /s/ Vicki Brown Rowan
    Vicki Brown Rowan, Esq.
    *Attorney for David Wise*

1515 Mockingbird Lane, Ste. 400
Charlotte, NC 28209
Phone: 704.525.4110
Fax:    704.525.4301
*VBRowan@bellsouth.net*

**WE CONSENT:**

**FIRESTONE FIBERS & TEXTILES COMPANY;
BFS DIVERSIFIED PRODUCTS, LLC; and
BRIDGESTONE AMERICAS HOLDINGS, INC.**


By: /s/ H. Bernard Tisdale III
H. Bernard Tisdale III (NC Bar No. 23980)
*Attorney for Defendants Firestone Fibers &
Textiles Company, BFS; Diversified Products, LLC;
and Bridgestone Americas Holdings, Inc.*

**OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.**
PO Box 2757
Greenville, SC 29602
Phone: 864.271.1300
Fax: 864.242.0037
*bernard.tisdale@ogletreedeakins.com*